EW

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sheila Allen, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 13 C 8285 ) |
| JPMorgan Chase Bank, N.A., | ) Judge Rebecca R. Pallmeyer ) |
| Defendant. | ) ) ) |

## ORDER

For the reasons stated on the record, the Court approves Class Counsel's application for attorneys' fees and costs. Motion for fees [59] is granted. The case is hereby dismissed with prejudice, without costs to any party, except as expressly provided for in the Agreement. Enter Final Approval Order and Judgment.

ENTER:

Dated: October 21, 2015

REBECCA R. PALLMEYER
United States District Judge